# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Gauthier,**

      **Plaintiff,**

      **v.**                                       **CIVIL ACTION**
                                                          **NO. 05cv40119-FDS**

**SunHealth Specialty Sevices,**

      **Defendant.**

## NOTICE OF SCHEDULING CONFERENCE

**SAYLOR, J.**

      An initial scheduling conference will be held in Courtroom No. _2_ on the 5th floor at _10:30AM_. in the United States Courthouse in Worcester, Massachusetts, on _1/10/06_, in accordance with Fed. R. Civ. P. 16(b) and Local Rule 16.1. The court expects compliance with the terms of Local Rule 16.1.

    1.    **Agenda Not Required:** Notwithstanding the provisions of Local Rule 16.1(B)(1), counsel are not required to prepare an agenda of matters to be discussed at the scheduling conference unless otherwise specifically directed to do so by the court. Counsel are, however, required to comply with the remaining requirements of Local Rule 16.1.

    2.    **Scheduling Order:** In most cases, the court will issue a scheduling order at the conference in the form attached hereto. The court may depart from the form in cases of relative complexity or simplicity or otherwise where justice may so require. The parties should attempt to agree on the relevant dates for discovery and motion practice. The dates of the status conference and pretrial conference will be set by the court.

    3.    **Discovery Event Limitations:** Counsel representing parties in relatively complex matters who expect to require relief from the limitations on discovery events set forth in Local Rule 26.2(c) should be prepared to address that issue at the scheduling conference.

                                               By the Court,

_12/6/05_                                         _/s/ Martin Castles_
Date                                            Deputy Clerk

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____

        **Plaintiff,**

  **v.**                                    **CIVIL ACTION**
                                            **NO. _____**

_____

        **Defendant.**

## SCHEDULING ORDER

**SAYLOR, J.**

      This Scheduling Order is intended to provide a reasonable timetable for discovery and motion practice in order to help ensure a fair and just resolution of this matter without undue expense or delay.

### Timetable for Discovery and Motion Practice

      Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), it is hereby ORDERED that:

    1.     **Initial Disclosures.**  Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by _____.

    2.     **Amendments to Pleadings.**  Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after _____.

    3.     **Fact Discovery - Interim Deadlines.**

         a.     All requests for production of documents and interrogatories must be served by _____.

         b.     All requests for admission must be served by _____.

         3.     All depositions, other than expert depositions,  must be completed by _____.

    4.     **Fact Discovery - Final Deadline.**  All discovery, other than expert discovery,

must be completed by _____.

5.      **Status Conference.**  A status conference will be held on _____.

6.      **Expert Discovery.**

    a.      Plaintiff(s)' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by _____.

    b.      Plaintiff(s)' trial experts must be deposed by _____.

    c.      Defendant(s)' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by _____.

    d.      Defendant(s)' trial experts must be deposed by _____.

7.      **Dispositive Motions.**

    1.      Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by _____.

    2.      Oppositions to dispositive motions must be filed within ___ days after service of the motion.

8.      **Pretrial Conference.**  A pretrial conference will be held on _____ at _____ a.m./p.m.

<u>**Procedural Provisions**</u>

1.      **Extension of Deadlines.**

    a.      **Fact Discovery - Interim Deadlines**.  The parties may extend any interim deadline for fact discovery by mutual written agreement filed with the court.

    b.      **Fact Discovery - Final Deadline; Expert Discovery.**  The parties may extend the final deadline for fact discovery or the deadlines for expert discovery for a combined total of up to 30 days by mutual written agreement filed with the court.

    c.      **Dispositive Motions and Pretrial Conference.**   The parties may not extend the deadline for filing dispositive motions or the date of the final

pretrial conference without leave of court. No extension of discovery deadlines shall modify or affect deadlines for filing dispositive motions or the date of the pretrial conference unless the court expressly orders otherwise.

    **d.**     **Procedure for Seeking Extensions from Court.** Motions to extend or modify deadlines will be granted only for good cause shown. Good cause may be shown where discovery has been delayed or a deadline otherwise has been affected by the time taken by the court to consider a motion. All motions to extend shall contain a brief statement of the reasons for the request; a summary of the discovery, if any, that remains to be taken; and a specific date when the requesting party expects to complete the additional discovery, join other parties, amend the pleadings, or file a motion.

**2.**     **Motions to Compel or Prevent Discovery.** Except for good cause shown, motions to compel discovery, motions for protective orders, motions to quash, motions to strike discovery responses, and similar motions must be filed no later than the close of fact discovery or the close of expert discovery, whichever deadline is relevant. If additional discovery is compelled by the court after the relevant deadline has passed, the court may enter such additional orders relating to discovery as may be appropriate.

**3.**     **Reply Memoranda.** Parties need not seek leave of court to file a reply memorandum in response to an opposition to any motion, provided that such a reply memorandum does not exceed twelve pages, double-spaced, and is filed within seven days (excluding intermediate Saturdays, Sundays, and legal holidays) after service of the opposition memorandum. Parties may otherwise file reply or surreply memoranda only with leave of court. When such leave is sought, the moving party may file a proposed reply or surreply memorandum with the motion for leave.

**4.**     **Additional Conferences.** Upon request of counsel, or at the court's own initiative, additional case-management or status conferences may be scheduled. Parties may request telephonic conferences where appropriate to avoid undue inconvenience or expense.

**5.**     **Early Resolution of Issues.** The court recognizes that, in some cases, resolution of one or more preliminary issues may remove a significant impediment to settlement or otherwise expedite resolution of the case. Counsel are encouraged to identify any such issues and to make appropriate motions at an early stage in the litigation.

**6.**     **Pretrial Conference.** Lead trial counsel are required to attend any pretrial conference.

By the Court,

_____                    _____
Date                                        Deputy Clerk