UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WENDY GAUTHIER,<br><br>    *Plaintiff,*<br><br>v.<br><br>SUNHEALTH SPECIALTY SERVICES, INC. and SUNBRIDGE HEALTHCARE CORPORATION,<br><br>    *Defendants.* | Civil Action No.: 4:05-cv-40119 |

**LOCAL RULE 16.1(D)(3) CERTIFICATION**

   I, Brian Cooper, duly authorized agent for SunHealth Specialty Services, Inc., and SunBridge Healthcare Corporation affirm that I have conferred with my counsel concerning the costs of conducting this litigation as well as the various alternative dispute resolution programs that may at some point assist in resolving this litigation.

Dated: January 3, 2006

**SunHealth Specialty Services, Inc., and SunBridge Healthcare Corporation**

   /s/ Brian Cooper
Brian Cooper,
Their Duly Authorized Agent

   /s/ Michael Williams
Michael Williams     (BBO# 634062)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
Telephone: (617) 439-4990
Facsimile:  (617) 439-3987
MWilliams@Lawson-Weitzen.com

**CERTIFICATE OF SERVICE**

I hereby certify that this Document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 3, 2006.

   /s/ Michael Williams