UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WENDY GAUTHIER,<br><br>    Plaintiff<br><br>v.<br><br>SUNHEALTH SPECIALTY SERVICES, INC. and SUNBRIDGE HEALTHCARE CORPORATION,<br><br>    Defendants | CIVIL ACTION NO.: 05cv40119-FDS |

## JOINT STATEMENT AND PROPOSED PRETRIAL SCHEDULE

1. **Initial Disclosures**: Initial disclosures required by Fed.R.Civ.P. 26(a)(1) must be completed by February 10, 2006.

2. **Amendments to Pleadings**: Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after May 1, 2006.

3. **Fact Discovery-Interim Deadlines**:
   a. All requests for production of documents and interrogatories must be served by March 13, 2006;
   b. All requests for admission must be served by March 13, 2006;
   c. All depositions, other than expert depositions, must be completed by June 15, 2006.

4. **Fact Discovery-Final Deadlines**: All discovery, other than expert discovery must be completed by June 15, 2006.

5. **Status Conference**: A status conference will be held on June 30, 2006.

6. **Expert Discovery**:
   a. Plaintiff's trial experts must be designated, and the information contemplated by Fed.R.Civ.P. 26 (a)(2) must be disclosed by July 31, 2006.

   b.  Plaintiff's trial experts must be deposed by <u>August 15, 2006</u>.

   c.  Defendants' trial experts must be designated, and the information contemplated by Fed.R.Civ.P. 26 (a)(2) must be disclosed by <u>August 30, 2006</u>.

   d.  Defendants' trial experts must be deposed by <u>September 15, 2006</u>.

7. **Dispositive Motions**:

   a.  Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by <u>September 29, 2006</u>.

   b.  Oppositions to dispositive motions must be filed within <u>25 days</u> after service of the motion.

8. **Pretrial Conference**: A pretrial conference will be held on <u>October 20, 2006</u> at <u>10:00 a.m.</u>

9. **Consent to Magistrate Judge**: Neither Party Consents to a Magistrate Judge.


                              Respectfully submitted,

The Plaintiff                              The Defendant
WENDY GAUTHIER                             SUNHEALTH SPECIALTY
By Her Attorney                            SERVICES, INC. and SUNBRIDGE
                                           HEALTHCARE CORPORATION
                                           By Their Attorney


                                           Lawson & Weitzen, LLP


/s/ Michael O. Shea                        /s/ Michael Williams
MICHAEL O. SHEA, ESQ.                      MICHAEL WILLIAMS, ESQ.
BBO# 555474                                BBO# 634062
Law Office Of Michael O. Shea, P.C.        Lawson & Weitzen, LLP
451 Main Street                            88 Black Falcon Avenue, Suite 345
Wilbraham, MA 01095                        Boston, MA 02110
Telephone: (413) 596-8005                  Telephone: (617) 439-4990
Facsimile: (413) 596-8095                  Facsimile: (617) 439-3987


Dated: January 3, 2006