UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WENDY GAUTHIER,<br><br>               Plaintiff<br><br>v.<br><br>SUNHEALTH SPECIALTY SERVICES, INC. and SUNBRIDGE HEALTHCARE CORPORATION,<br><br>               Defendants | CIVIL ACTION NO.: 05cv40119-FDS |

## LOCAL RULE 16.1 CERTIFICATION

Counsel for the Plaintiff hereby certifies that he has conferred with the Plaintiff with a view toward establishing a budget for the costs of conducting the full course of the above-captioned litigation through trial, and that they have discussed Alternative Dispute Resolution ("ADR") programs and the costs of resolving the instant litigation through an ADR program.

Dated: January 6, 2006

/s/ Michael O. Shea
MICHAEL O. SHEA, ESQ.
BBO No. 555474
Law Office Of Michael O. Shea, P.C.
451 Main Street
Wilbraham, MA 01095
Telephone No.: (413)596-8005
Facsimile No.: (413)596-8095

## CERTIFICATE OF SERVICE

I, Michael O. Shea, hereby certify that a copy of the foregoing document was served upon counsel for the Defendant by electronic filing, on this 6th day of January, 2006.

/s/ Michael O. Shea