UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WENDY GAUTHIER,

    *Plaintiff,*

v.

SUNHEALTH SPECIALTY SERVICES, INC. and SUNBRIDGE HEALTHCARE CORPORATION

    *Defendants.*

4:05-cv-40119

## ANSWER OF SUNHEALTH SPECIALTY SERVICES, INC.

### Parties

1. The Defendant, SunHealth Specialty Services, Inc. lacks sufficient knowledge to either admit or deny the allegations contained in paragraph 1.

2. - 3. Admitted.

### Facts

4. – 10. The Defendant, SunHealth Specialty Services, Inc., lacks sufficient knowledge to either admit or deny the allegations contained in paragraphs 4. – 10.

11. Denied.

12. - 13. The Defendant, SunHealth Specialty Services, Inc., lacks sufficient knowledge to either admit or deny the allegations contained in paragraphs 12. – 13.

14. Denied.

### Count I

15. The Defendant incorporates herein the previous paragraphs as set forth in this Complaint.

16.        The Defendant, SunHealth Specialty Services, Inc., lacks sufficient knowledge to either admit or deny the allegations contained in paragraph 16.

17.        Denied.

18.        Denied.

19.        Denied.

WHEREFORE, the Defendant respectfully requests that this Honorable Court dismiss Count I with prejudice;

## Count II

20.        The Defendant incorporates herein the previous paragraphs as set forth in this Complaint.

21. – 24.        Denied.

WHEREFORE, the Defendant respectfully requests that this Honorable Court dismiss Count II with prejudice;

## Count III

25.        The Defendant incorporates herein the previous paragraphs as set forth in this Complaint.

26. – 29.        Denied.

WHEREFORE, the Defendant respectfully requests that this Honorable Court dismiss Count III with prejudice;

Respectfully submitted,

**SunHealth Specialty Services, Inc.**

by their Attorneys,

     /s/  Michael Williams
K. Scott Griggs  (BBO# 555988)
Robert J. Roughsedge  (BBO# 638180)
Michael Williams  (BBO# 634062)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
Telephone: (617) 439-4990
Facsimile:  (617) 439-3987
MWilliams@Lawson-Weitzen.com

**CERTIFICATE OF SERVICE**
I hereby certify that this Document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 9, 2006.

   /s/ Michael Williams