UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WENDY GAUTHIER,<br><br>                    Plaintiff<br><br>v.<br><br>SUNHEALTH SPECIALTY<br>SERVICES, INC. and SUNBRIDGE<br>HEALTHCARE CORPORATION,<br><br>                    Defendants | CIVIL ACTION NO.: 05cv40119-FDS |

## LOCAL RULE 16.1 CERTIFICATION

The Plaintiff hereby certifies that she has conferred with Counsel for the Plaintiff with a

view toward establishing a budget for the costs of conducting the full course of the above-

captioned litigation through trial, and that they have discussed Alternative Dispute Resolution

("ADR") programs and the costs of resolving the instant litigation through an ADR program.


_____
Wendy Gauthier

Dated: January 13, 2006

_____

MICHAEL O. SHEA, ESQ.
BBO No. 555474
Law Office Of Michael O. Shea, P.C.
451 Main Street
Wilbraham, MA 01095
Telephone No.: (413)596-8005
Facsimile No.: (413)596-8095

Dated:  January 17, 2006

## CERTIFICATE OF SERVICE

I, Michael O. Shea, hereby certify that a copy of the foregoing document was served upon counsel for the Defendant by electronic filing, on this 17th day of January, 2006.

_____

Michael O. Shea

2