## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

WENDY GAUTHIER,

    *Plaintiff,*

v.

SUNHEALTH SPECIALTY SERVICES, INC. and SUNBRIDGE HEALTHCARE CORPORATION

    *Defendants.*

4:05-cv-40119

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for Defendants, SunHealth Specialty Services, Inc., and SunBridge Healthcare Corporation in the above action.

    Respectfully submitted,

    **SunHealth Specialty Services, Inc., and SunBridge Healthcare Corporation**

    By their Attorneys,

        /s/ Marissa A. Goldberg
    Marissa A. Goldberg (BBO #654506)
    Lawson & Weitzen, LLP
    88 Black Falcon Avenue, Suite 345
    Boston, MA 02210-1736
    Telephone: (617) 439-4990
    Facsimile:  (617) 439-3987
    mgoldberg@lawson-weitzen.com

**CERTIFICATE OF SERVICE**
I hereby certify that this Document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 24, 2006.

   /s/ Marissa A. Goldberg