UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WENDY GAUTHIER,

        Plaintiff

v.

SUNHEALTH SPECIALTY SERVICES, INC. and SUNBRIDGE HEALTHCARE CORPORATION,

        Defendants

CIVIL ACTION NO.: 05cv40119-FDS

**PLAINTIFF'S MEMORANDUM REGARDING JURISDICTIONAL AMOUNT OF DAMAGES IN CONTROVERSY**

The Plaintiff, Wendy Gauthier, does not dispute jurisdiction based upon her filing of federal claims. The Plaintiff, Wendy Gauthier, also states that she is seeking damages in excess of $75,000.00 and that she does not dispute the jurisdictional amount in controversy, particularly given her potential economic damages, emotional damages, punitive damages and attorney's fees and costs.

The Plaintiff
WENDY GAUTHIER
By Her Attorney

_____
MICHAEL O. SHEA, ESQ.
BBO# 555474
Law Office Of Michael O. Shea, P.C.
451 Main Street
Wilbraham, MA 01095
Telephone: (413) 596-8005
Facsimile: (413) 596-8095

Dated: January 31, 2006

## CERTIFICATE OF SERVICE

    I hereby certify that this Document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 31, 2006.

                                                      Michael O. Shea