UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WENDY GAUTHIER,<br><br>            Plaintiff<br><br>v.<br><br>SUNHEALTH SPECIALTY SERVICES, INC. and SUNBRIDGE HEALTHCARE CORPORATION,<br><br>            Defendants | CIVIL ACTION NO.: 05CV40119-FDS |

**JOINT MOTION TO EXTEND THE DEADLINES IN THE PRETRIAL SCHEDULING ORDER BY SIXTY DAYS**

    The above-referenced Parties hereby request that the Pretrial Scheduling Order, issued by U.S. District Court Judge F. Dennis Saylor IV on January 13, 2006 be extended as follows:

(1)    that the deadline for all non-expert depositions be extended for sixty (60) days, resulting in non-expert discovery being completed by August 15, 2006;

(2)    the Status Conference currently scheduled for June 30, 2006 at 3:00 p.m. be postponed until August 30, 2006 or to some other time at the Court's convenience; and

(3)    all other deadlines remain unchanged.

    The Parties make this request for the following reasons:

(1)    all non-expert depositions are currently to be completed by June 15, 2006;

(2)    the Parties need additional time in which to complete discovery for good cause, as they have served all written discovery requests and have noticed depositions, yet upcoming holiday, vacation, and trial schedules preclude the completion of depositions and other non-expert discovery within the current deadline's time-frame; and

(3) all Parties assent to a sixty (60) day extension for non-expert discovery on the Pretrial Scheduling Order to allow for the completion of written discovery and non-expert depositions.

WHEREFORE, the Parties request that the deadlines listed on the Pretrial Scheduling Order be extended by sixty (60) days, as reflected above, in this matter.

Respectfully submitted,

| | |
|---|---|
| The Plaintiff<br>WENDY GAUTHIER<br>By Her Attorney | The Defendant<br>SUNHEALTH SPECIALTY<br>SERVICES, INC. and SUNBRIDGE<br>HEALTHCARE CORPORATION<br>By Their Attorney |
| | Lawson & Weitzen, LLP |
| /s/ Michael O. Shea<br>MICHAEL O. SHEA, ESQ.<br>BBO# 555474<br>Law Office Of Michael O. Shea, P.C.<br>451 Main Street<br>Wilbraham, MA 01095<br>Telephone: (413) 596-8005<br>Facsimile: (413) 596-8095 | /s/ Michael Williams<br>MICHAEL WILLIAMS, ESQ.<br>BBO# 634062<br>Lawson & Weitzen, LLP<br>88 Black Falcon Avenue, Suite 345<br>Boston, MA 02110<br>Telephone: (617) 439-4990<br>Facsimile: (617) 439-3987 |

Dated:  June 23, 2006