UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WENDY GAUTHIER,<br><br>             Plaintiff<br><br>v.<br><br>SUNHEALTH SPECIALTY SERVICES, INC. and SUNBRIDGE HEALTHCARE CORPORATION,<br><br>             Defendants | CIVIL ACTION NO.: 05CV40119-FDS |

**<u>JOINT MOTION TO STAY DISCOVERY AND ALL OTHER DEADLINES</u>**

The Plaintiff, Wendy Gauthier, and the Defendants, Sunhealth Specialty Services, Inc. and Sunbridge Healthcare Corporation, hereby request that because the parties have agreed to enter into mediation, the Court stay discovery as well as all other deadlines in this matter until mediation has been concluded.

1. The parties are interested in making a good faith effort to resolve this matter prior to a trial on the merits;

2. The parties are interested in avoiding further expense associated with continuing the discovery they have already begun;

3. The parties have agreed to mediate and will continue discovery only if the matter is not resolved at the mediation; and

4. The parties have selected a mediator and are in the process of selecting a date for the mediation.

Wherefore, the parties jointly request that the Court stay discovery as well as all other deadlines until the mediation is concluded.

2

Respectfully Submitted,                                              Respectfully Submitted,

The Plaintiff                                                        The Defendants
WENDY GAUTHIER                                                       SUNHEALTH SPECIALTY
By Her Attorney                                                      SERVICES, INC. and SUNBRIDGE
                                                                     HEALTHCARE CORPORATION
                                                                     By Their Attorney


/s/ Michael O. Shea                                                  /s/ Michael Williams
MICHAEL O. SHEA, ESQ.                                                MICHAEL WILLIAMS, ESQ.
BBO# 555474                                                          BBO# 634062
Law Office Of Michael O. Shea, P.C.                                  Lawson & Weitzen, LLP
451 Main Street                                                      88 Black Falcon Avenue, Suite 345
Wilbraham, MA 01095                                                  Boston, MA 02110
Telephone: (413) 596-8005                                            Telephone: (617) 439-4990
Facsimile: (413) 596-8095                                            Facsimile: (617) 439-3987


Signed and Submitted:  September 22, 2006