UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WENDY GAUTHIER<br>      Plaintiff,<br><br>v.<br><br>SUNHEALTH SPECIALTY SERVICES, INC.<br>AND SUNBRIDGE HEALTHCARE CORPORATION,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.<br>) 05CV40119-FDS<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

To the Clerk of the Above-Named Court:

Please enter the withdrawal of appearance of Marissa A. Goldberg as attorney for the Defendants, Sunhealth Specialty Services, Inc. and Sunbridge Healthcare Corporation, in the above-entitled action. Michael Williams of Lawson & Weitzen, LLP will continue to represent the Defendants in this matter.

                                                          Respectfully submitted,

                                                          Sunhealth Specialty Services, Inc.
                                                          and Sunbridge Healthcare
                                                          Corporation,

                                                          _____/s/ Marissa A. Goldberg_____
                                                          Marissa A. Goldberg
                                                          BBO #654506
                                                          800 Boylston Street
                                                          Boston, Massachusetts 02199
                                                          617-424-2114

Dated: September 22, 2006