UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WENDY GAUTHIER,

    *Plaintiff,*

v.

SUNHEALTH SPECIALTY SERVICES, INC. and SUNBRIDGE HEALTHCARE CORPORATION,

    *Defendants.*

Civil Action No.: 4:05-cv-40119

## DEFENDANTS' MOTION for SUMMARY JUDGMENT

The Defendants move this Court for Summary Judgment on the Plaintiff's claims. The Defendants' motion specifically addresses:

    (1)    whether the Plaintiff was a qualified handicapped individual within the meaning of Chapter 151B of the Massachusetts General Laws (Count I);

    (2)    whether a claim of gender discrimination based on pregnancy can be sustained where the Plaintiff was not capable of performing the essential functions of her employment (Count II); and

    (3)    whether the Plaintiff can sustain a claim of retaliation under Chapter 151B or Chapter 152 of the Massachusetts General Laws where she never made a report of discrimination or sought to file a Workers' Compensation Claim (Counts III and IV).

For the reasons stated in the *Memorandum In Support of Defendants' Motion for Summary Judgment*, *Defendants' Concise Statement of Material Facts as to which there is No*

*Genuine Issue to be Tried*, and the Exhibits attached to the *Affidavit of Michael Williams in Support of Defendants' Motion for Summary Judgment* this Court should enter judgment for the Defendants.

Respectfully Submitted,

**SunHealth Specialty Services, Inc., and SunBridge Healthcare Corporation**,

by its attorney,

       /s/ Michael Williams       
K. Scott Griggs    (BBO# 555988)
Michael Williams (BBO# 634062)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
Telephone: (617) 439-4990
Facsimile:  (617) 439-3987
MWilliams@Lawson-Weitzen.com

**LOCAL RULE 7.1 CERTIFICATION**

I, Michael Williams, hereby certify that, pursuant to LOCAL RULE 7.1(A)(2), I conferred with counsel for the plaintiff, Michael Shea, on April 2, 2007 in a good-faith effort to resolve this motion.

       /s/ Michael Williams       

**CERTIFICATE OF SERVICE**

I hereby certify that this Document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 2, 2007.

       /s/ Michael Williams