UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WENDY GAUTHIER,<br><br>　　　　　　Plaintiff<br><br>v.<br><br>SUNHEALTH SPECIALTY<br>SERVICES, INC. and SUNBRIDGE<br>HEALTHCARE CORPORATION,<br><br>　　　　　　Defendants | CIVIL ACTION NO.: 05cv40119-FDS |

## PLAINTIFF'S PROPOSED JURY VERDICT FORM

**(M.G.L.c. 151B-Sex/Gender/Pregnancy Discrimination)**

1. Did the Defendants, Sunhealth Specialty Services, Inc. and Sunbridge Healthcare Corporation, through their employees, discriminate against and harass Wendy Gauthier (regardless of any alleged performance issues) based upon her pregnancy?

    YES___           NO___

2. If you answered *YES* to Question 1 above, then what is the amount of damages against the Defendants?

    $_____

**(M.G.L. c. 151B-Handicap Discrimination)**

3. Was Wendy Gauthier handicapped or perceived as handicapped by the Defendants?

    YES ___     NO ___

4. Did the Defendants terminate Wendy Gauthier's employment based on his real or perceived handicap?

    YES ___     NO ___

5. If your answers to Questions 3 and 4 are "YES", what is the amount of Wendy Gauthier's damages?

                _____ dollars \_\_\_\_ cents

**(M.G.L. c. 151B-Retaliation)**

6. Did the Defendants retaliate against Wendy Gauthier because she required and/or requested accommodations for her pregnancy-related medical conditions?

  YES\_\_\_\_        NO\_\_\_\_

7. If you answered *YES* to Question 6 above, then what is the amount of damages against the Defendants?

  $_____

Respectfully submitted,

The Plaintiff
WENDY GAUTHIER
By Her Attorney


/s/ Michael O. Shea_____     Date: August 27, 2008
MICHAEL O. SHEA, ESQ.
BBO No.: 555474
Law Office Of Michael O. Shea, P.C.
451 Main Street
Wilbraham, MA 01095
Telephone: (413)596-8005
Facsimile: (413)596-8095



/s/ Daniel J. O'Connell_____     Date: August 27, 2008
DANIEL J. O'CONNELL, ESQ.
BBO No.: 550633
O'Connell, Plumb & MacKinnon, P.C.
75 Market Place
Springfield, MA  01103
Telephone: (413) 733-9111
Facsimile: (413) 733-9888

## **CERTIFICATE OF SERVICE**

      I, Michael O. Shea, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 27, 2008 and that there are no non-registered participants.

                                                /s/ Michael O. Shea