UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WENDY GAUTHIER,<br><br> *Plaintiff,*<br><br>v.<br><br>SUNHEALTH SPECIALTY SERVICES, INC. and SUNBRIDGE HEALTHCARE CORPORATION,<br><br> *Defendants.* | Civil Action No.: 4:05-cv-40119 |

## DEFENDANTS' WITNESS LIST

Pursuant to this Court's May 2, 2008 Order, the Defendants state that the witnesses they will call at trial are:

(1) Stephen Cooper
(2) Lisa Franks
(3) Ann Kendall
(4) Linda Vigeant

Dated: August 27, 2008

Respectfully Submitted,

**SunHealth Specialty Services, Inc., and SunBridge Healthcare Corporation**,

by its attorney,

 /s/ Michael Williams
K. Scott Griggs    (BBO# 555988)
Michael Williams (BBO# 634062)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
Telephone: (617) 439-4990
Facsimile:  (617) 439-3987
MWilliams@Lawson-Weitzen.com

**CERTIFICATE OF SERVICE**

I hereby certify that this Document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 27, 2008.

 /s/ Michael Williams