UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WENDY GAUTHIER,<br><br>                Plaintiff<br><br>v.<br><br>SUNHEALTH SPECIALTY SERVICES, INC. and SUNBRIDGE HEALTHCARE CORPORATION,<br><br>                Defendants | CIVIL ACTION NO.: 05cv40119-FDS |

**PLAINTIFF'S LIST OF TRIAL WITNESSES**

1. Wendy Gauthier

2. Steven Copper

3. Lisa Franks

4. Kathy Raymond

5. Anne Kendall

6. John Nordstrom

7. Any other witnesses identified during the course of discovery, in documents produced, or identified by the Parties.

8. Any witnesses whose testimony is necessary for authentication.

Respectfully submitted,

The Plaintiff
WENDY GAUTHIER
By Her Attorney


/s/ Michael O. Shea                                         Date:  August 27, 2008
MICHAEL O. SHEA, ESQ.
BBO No.: 555474
Law Office Of Michael O. Shea, P.C.
451 Main Street
Wilbraham, MA 01095
Telephone: (413)596-8005
Facsimile: (413)596-8095



/s/ Daniel J. O'Connell                                Date:  August 27, 2008
DANIEL J. O'CONNELL, ESQ.
BBO No.: 550633
O'Connell, Plumb & MacKinnon, P.C.
75 Market Place
Springfield, MA  01103
Telephone: (413) 733-9111
Facsimile: (413) 733-9888

## CERTIFICATE OF SERVICE

      I, Michael O. Shea, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 27, 2008 and that there are no non-registered participants.

                                                                                /s/ Michael O. Shea