UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WENDY GAUTHIER,

    *Plaintiff*,

v.

SUNHEALTH SPECIALTY SERVICES, INC. and SUNBRIDGE HEALTHCARE CORPORATION,

    *Defendants.*

Civil Action No.: 4:05-cv-40119

**DEFENDANTS' MOTION IN LIMINE TO PRECLUDE EVIDENCE RELATED TO OTHER EMPLOYEE WHO IS NOT COMPARABLE TO THE PLAINTIFF**

    The Plaintiff has indicated that she will offer documents from the employee files of other CNAs. The Defendants agree that files related to attendance issue of other employees and the disciplinary action taken in regard to those attendance issues are relevant to this litigation. One of the employee files the Plaintiff indicates that she will offer into evidence includes disciplinary issues unrelated to attendance and therefore is not relevant to this matter. Employee No. 9 was disciplined for issues related to alcohol abuse and for having an unprofessional attitude at work. *See* Exhibit A.[1]

    Particularly inflammatory are references to Employee No. 9 lying in a patient's bed while having a strong smell of alcohol. Following this incident the employee refused alcohol testing and the employee quit the position. This incident and the earlier incidents involving Employee

---

[1] In order to preserve the privacy of the other employee's whose files have been produced in discovery, their names and personal information was redacted.

No. 9 using vulgar language are not relevant to the claims in this matter and their prejudicial impact far out ways any minor probative value this employee's file could offer.

**Therefore,** the Plaintiff should be precluded from offering documents related to Employee No. 9.

Dated: August 27, 2008

Respectfully Submitted,

**SunHealth Specialty Services, Inc., and SunBridge Healthcare Corporation**,

by its attorney,

   /s/ Michael Williams
K. Scott Griggs     (BBO# 555988)
Michael Williams (BBO# 634062)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
Telephone: (617) 439-4990
Facsimile:  (617) 439-3987
MWilliams@Lawson-Weitzen.com

**CERTIFICATE OF SERVICE**

I hereby certify that this Document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 27, 2008.

   /s/ Michael Williams

# PERFORMANCE IMPROVEMENT PLAN

Name ████████████  Job Title _CNA_  Facility _Sandalwood_

Nature of Concern:   ___ Absenteeism    ___ Dress Code    ___ Behavior    ___ Performance
                     ___ Tardiness       ___ Other (describe) _____

Date(s) of Prior Disciplinary Notices in File: _____

Date(s) of Occurrence: _____

Specific Description of Issue, Situation or Behavior (what, where, how):
Irradict behavior — lying in bed c̄ pt — "consoling pt" strong smell of alcohol on breath — eyes very glossy — Joe [illegible] RN Employee Refused alcohol testing offer of employee assistance. Employee chose to leave of her own accord.

Immediate and Continued Change Needed for Success:
This is a repeat Behavior of Nov. 21 — Behavior inappropriate + strong odor of Alcohol — Unsteady on her feet + while moving Beautyfied cart — Crashed into wall + then walked away.

Action Taken    ___ Documented Verbal Notice    _✓_ Suspension for _1_ days to start on
                ___ Written Notice               (Date) _12/1/03_ and return to work on
                ___ Termination                   (Date) _____

*Further performance problems of any kind may lead to further corrective action up to and including termination of employment.*

Employee Comments: _____

_____    12-1-03    _____
Supervisor's Signature       Date        Employee's Signature    Date
                                         [X] Employee Refused to Sign - Requires Witness Signature

_____              _____
Dept. Head/Administrator     Date        Witness Signature        Date

Copy to Personnel File **(White)**    Employee **(Canary)**    Supervisor **(Pink)**

# EMPLOYEE COUNSELING FORM

DATE: 8/20/96

EMPLOYEE: ███████

**PROBLEM:**
███ came in late & then became upset when she wasn't allowed to skip rounds & start her assignment right away but was asked to do Residents that needed to be done before breakfast. ███ became upset & angry c co worker verbal comments made back & forth ███ upset & thinks her assignment is too heavy but she had 4 completed, 4 set ups + 1 sho although yesterday the aide did one of them for her

**STATEMENT BY EMPLOYEE:**
(Error) Counseled. Refused to sign & denied all
  M. Macomber LPN

**RESOLUTION OF PROBLEM OR ACTION TAKEN:**
Getting to work on time & working as a team or suspension possible

Marilyn Macomber LPN    8/20/96
Signature of Staff Member    Date          Signature of Employee    Date

# EMPLOYEE COUNSELING FORM

DATE: September 21, 1997.

EMPLOYEE: ██████████

**PROBLEM:** unprofessionalism - patient safety
Came on duty very argumentative, upset about not having a partner, yelling & arguing at yourself & others stating you were going to quit - an argument between you & another aide took place in a hallway, upsetting to residents, attempts to stop argument failed, you continued to be upset most of day - language became foul & offensive.

**STATEMENT BY EMPLOYEE:**

**RESOLUTION OF PROBLEM OR ACTION TAKEN:**
attempts to tell you to calm down failed - staffing would be complete - failed ████ you were way out of control you were loud, scaring people. this time you spent arguing, someone could have choked or fallen - you forgot your responsibilities - We could solve this by coming to me, next if it happens again - I would have to send you home to cool - ✓
Debra-Ann Rioux    9/22/97
Signature of Staff Member    Date        Signature of Employee    Date

EMPLOYEE COUNSELING FORM

# EMPLOYEE COUNSELING FORM

DATE: 11-20-98

EMPLOYEE: ███████

**PROBLEM:** Resident behavior - while working & known residents who are behavior problems be aware. Even though you had no warning of this behavior, in future watch for facial expression, rigidity of body, yelling out.

**STATEMENT BY EMPLOYEE:** The nurse and I talked this over and will take more notice.

**RESOLUTION OF PROBLEM OR ACTION TAKEN:** ███████ I have gone over what to do with certain behavior problems & how to read a persons expression, & how to save yourself from being hurt by resident.

Signature of Staff Member: Ira-Ann Riordan    Date: 11/20/98

Signature of Employee: ███████    Date: ███████

# PERFORMANCE IMPROVEMENT PLAN

Name: ███████████████  Job Title: _CNA_  Facility: _Sandalwood_

Nature of Concern:  ___ Absenteeism  ___ Dress Code  ✓ Behavior  ___ Performance
                    ___ Tardiness    ✓ Other (describe) _inappropriate conduct_

Date(s) of Prior Disciplinary Notices in File: _____

Date(s) of Occurrence: _November 28, 1998_

Specific Description of Issue, Situation or Behavior (what, where, how): _In searching out clothes in laundry dept. began using vulgar language becoming upset and losing control. Behavior cont. upstairs in hallway in hearing distance of residents. This behavior influences + effected mood of other employees._

Immediate and Continued Change Needed for Success: _Spoke c̄ employee, cautioned to think about what she is going to say, + express it in more appropriate ways. More calmer behavior needed._

Action Taken    ___ Documented Verbal Notice      ___ Suspension for ___ days to start on
                ✓ Written Notice                  (Date) _____ and return to work o[n]
                ___ Termination                   (Date) _____

**Further performance problems of any kind may lead to further corrective action up to and including termination of employment.**

Employee Comments: _____

_Debra-Ann Rice LPN_  _12/3/98_
Supervisor's Signature    Date

███████████████  12/3/
Employee's Signature    Date
✓ Employee Refused to Sign - Requires Witness Signature
_Comment_

_Jeri Patmr R_  _12/3/98_
Dept. Head/Administrator    Date

Witness Signature    Date

Copy to Personnel File **(White)**   Employee **(Canary)**   Supervisor **(Pink)**

FSH-714 (10/97) BRIGGS, Des Moines, IA 50306 (800) 247-2343  PRINTED IN U.S.A.

# PERFORMANCE IMPROVEMENT PLAN

Name: ~~[redacted]~~    Job Title: CNA    Facility: Sandalwood

Nature of Concern:
___ Absenteeism    ___ Dress Code    ___ Behavior    ___ Performance
___ Tardiness    ✓ Other (describe) Following policy.

Date(s) of Prior Disciplinary Notices in File: _____

Date(s) of Occurrence: 12/4/98

Specific Description of Issue, Situation or Behavior (what, where, how):
If any injury occurs at work you need to report it to your Charge nurse immediately to ensure that you receive the proper tx.

Immediate and Continued Change Needed for Success: Not following policy re: employee injury could lead to delay in tx & delay in healing time & could lead to disciplinary actions. Need to attend an inservice on body mechanics c̄ SDC.

Action Taken
___ Documented Verbal Notice        ___ Suspension for ___ days to start on
✓ Written Notice                     (Date) _____ and return to work on
___ Termination                      (Date) _____

*Further performance problems of any kind may lead to further corrective action up to and including termination of employment.*

Employee Comments: Sorry, but I don't know if it happen at work or not, so that is why I didn't report it.

_____  12-8-98      ~~[redacted]~~
Supervisor's Signature    Date      Employee's Signature    Date
                                    ☐ Employee Refused to Sign - Requires Witness Signature

_____  _____      _____  _____
Dept. Head/Administrator   Date     Witness Signature         Date

Copy to Personnel File (**White**)    Employee (**Canary**)    Supervisor (**Pink**)